**MEMO ENDORSED**



April 4, 2024

**Via ECF**
Honorable Dale E. Ho
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 905
New York, NY 10007

Application **GRANTED**. Ms. Cox is allowed to travel to Buckwell University, Lewisburg, PA on April 20, 2024, and to San Juan, PR between April 26 and April 28, 2024. The Clerk of Court is respectfully requested to close ECF No. 63.

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: April 4, 2024
New York, New York

**United States v. Angarola, 24-Cr-23 (DEH)**
**Re: Michelle Cox -- Request to Travel**

Honorable Judge Ho:

    I represent Ms. Cox in the above-referenced matter. I write this letter with the consent of Pretrial Services (PTS) to respectfully request this Court's authorization for Ms. Cox to travel on the following dates to the locations listed below. Ms. Cox will be traveling with her husband (co-defendant Jose Garcia) and their children.

1. Saturday April 20, 2024
   Bucknell University, Lewisburg, Pennsylvania
   Purpose of Travel: Accepted Student Day for their son.

2. Friday April 26 through Sunday April 28, 2024
   San Juan, Puerto Rico
   Purpose of Travel: family events (Godson's school graduation and family birthday)
   Ms. Cox and her family will be staying at her husband's parents' home in Puerto Rico.

    United States Pretrial Services Officer Nisbeth has no objection to this request. We thank the Court in advance for its consideration of this matter.

Respectfully,

s/ Judith Vargas

Judith Vargas, Esq.
*Counsel for Defendant Michelle Cox*

NEW YORK
20 Vesey Street  * Suite 400 * New York, NY  10007
Tel:  212.668-0024 * Fax: 212.668.0060

PUERTO RICO SATELLITE
MCS Plaza * Suite 1200 * Ponce de Leon Avenue
San Juan, PR  00917

Judithvargas1@aol.com