



**THE LAW OFFICES OF JUDITH VARGAS**

May 6, 2024

**Via ECF**
Honorable Dale E. Ho
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 905
New York, NY 10007

> Application **GRANTED**. Ms. Cox may travel with her family to Kattelville Cemetery on Sunday, May 12, 2024. The Clerk of Court is respectfully requested to close ECF No. 67.
>
> **SO ORDERED.**
>
> *Dale E. Ho*
> Dale E. Ho
> United States District Judge
> Dated: May 7, 2024
> New York, New York

<u>United States v. Angarola</u>, 24-Cr-23 (DEH)
Re: Michelle Cox -- Request to Travel

Honorable Judge Ho:

    I represent Ms. Cox in the above-referenced matter. I write this letter with the consent of Pretrial Services (PTS) to respectfully request this Court's authorization for Ms. Cox to travel on Sunday May 12, 2024, Mother's Day, to a cemetery in Binghamton, New York to pay a visit her deceased mother. Ms. Cox will be traveling with her husband, co-defendant Jose Garcia, and their children. The cemetery location is:

    Kattellville Cemetary
    1919 State Route 12
    Binghamton, NY 13901

    PTS Officer Nisbeth has no objection to this request. We thank the Court in advance for its consideration of this matter.

Respectfully,

*s/ Judith Vargas*
Judith Vargas, Esq.
*Counsel for Defendant Michelle Cox*

NEW YORK
20 Vesey Street * Suite 400 * New York, NY 10007
Tel: 212.668-0024 * Fax: 212.668.0060

PUERTO RICO SATELLITE
MCS Plaza * Suite 1200 * Ponce de Leon Avenue
San Juan, PR 00917

Judithvargas1@aol.com