



**THE LAW OFFICES OF**
**JUDITH VARGAS**

May 15, 2024

**Via ECF**
Honorable Dale E. Ho
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 905
New York, NY 10007

*United States v. Angarola*, **24-Cr-23 (DEH)**
Re: Michelle Cox--Consent Request to Travel and For Amendment of Travel Restrictions

Honorable Judge Ho:

    I represent Ms. Cox in the above-referenced matter. I write this letter with the consent of Pretrial Services (PTS). Ms. Cox requests this Court's authorization to travel on Friday ~~May 15, 2024~~ *May 17, 2024*, to MetLife Stadium in East Rutherford, NJ, to take her daughter and daughter's two friends to a show at the stadium. Ms. Cox will not attend the show but will be providing transportation to and from the stadium for her daughter and friends. Ms. Cox will be traveling with her husband, co-defendant Jose Garcia, and their children. PTS Officer Nisbeth has no objection to this request.

    Additionally, PTS noted to the undersigned that Ms. Cox and her children participate in extracurricular activities requiring Ms. Cox and her family to travel throughout different states within the United States. PTS has further informed that it has no objection to the lifting of Ms. Cox's travel restrictions (currently limited to the Southern and Eastern Districts of New York, and the District of Connecticut) and consents to allow travel to be extended for Ms. Cox throughout the continental United States for the purpose of attending these activities with her family. Ms. Cox would inform and make any such travel requests directly to PTS. Accordingly, in addition to the above request for Ms. Cox to travel on ~~May 15, 2024~~ *May 17, 2024* to NJ, we also request (i) that Ms. Cox (upon notifying PTS) be allowed to travel throughout the United States for the purpose of attending her family's extracurricular activities, and (ii) that the lifting and amendment of the travel restrictions be noted in Ms. Cox's bail conditions.

    We thank the Court in advance for its consideration of this matter.

Respectfully,

*s/ Judith Vargas*
Judith Vargas, Esq.
*Counsel for Defendant Michelle Cox*

---

**Endorsement:**

Application **GRANTED**. The travel restriction in Ms. Cox's terms of release shall be modified to permit travel throughout the continental United States for the purpose of attending her family's extracurricular activities. That includes but is not limited to travel to MetLife Stadium on Friday, May 17, 2024. The Clerk of Court is respectfully requested to close ECF No. 71.

**SO ORDERED.**

Dale E. Ho
United States District Judge

Dated: May 16, 2024
New York, New York

---

**NEW YORK**
20 Vesey Street * Suite 400 * New York, NY 10007
Tel: 212.668-0024 * Fax: 212.668.0060

**PUERTO RICO SATELLITE**
MCS Plaza * Suite 1200 * Ponce de Leon Avenue
San Juan, PR 00917

Judithvargas1@aol.com